*Tom Klepac & Joy Klepac v. CTX Mortgage Co., et al.*

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA

EXHIBITS TO COMPLAINT

**EXHIBIT "H"**



| | |
|---|---|
| Recording Requested by<br>Title Court Service | PLACER, County Recorder<br>JIM MCCAULEY<br>DOC- 2011-0012683-00<br>TITLE COURT |

```
                                    TUESDAY,  FEB 15,  2011   9:24:56
Recording requested by:             MIC    $3.00 | AUT    $3.00 | SBS    $2.00
                                    ERD    $1.00 | RED    $1.00 | REC   $11.00
When recorded mail to:              ADD    $0.00

                                    Ttl Pd    $21.00    Rcpt #  02106234
Quality Loan Service Corp.                                     clk9bh58j1/CC/1-3
2141 5th Avenue
San Diego, CA 92101
619-645-7711
```

TS #: **CA-10-348893-CL**                      Space above this line for recorders use
Order #: **100158627-CA-LPI**
MERS MIN No.: **100015901052137106**

## Substitution of Trustee

WHEREAS, **TOM KLEPAC AND JOY KLEPAC HUSBAND AND WIFE AS JOINT TENANTS** was the original Trustor, **CTX MORTGAGE COMPANY, LLC** was the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CTX MORTGAGE COMPANY, LLC A LIMITED LIABILITY COMPANY** was the original Beneficiary under that certain Deed of Trust dated **2/17/2004** and recorded on **2/27/2004** as Instrument No. **2004-0020984,** in book **xxx**, page **xxx**, of Official Records of **PLACER** County, **CA**; and

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and stead of said original Trustee, or Successor Trustee, thereunder, in the manner provided for in said Deed of Trust,

NOW, THEREFORE, the undersigned hereby substitutes **QUALITY LOAN SERVICE CORPORATION**, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Substitution of Trustee - CA
TS #: **CA-10-348893-CL**
Page 2

Aurora Loan Services LLC

By: _____
Ivet Oneth
Assistant Vice President

State of: Colorado )
County of: Douglas )

On this 02-08-2011 date before me, Michael Hubchik personally appeared IVET ONETH, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Colorado that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

MICHAEL HUBCHIK
NOTARY PUBLIC
STATE OF COLORADO
MY COMMISSION EXPIRES 9-10-2012

# Exhibit "A"
## Affidavit of Mailing
## for Substitution of Trustee By Code

TS No.: **CA-10-348893-CL**
Trustor: **TOM KLEPAC AND JOY KLEPAC HUSBAND AND WIFE AS JOINT TENANTS**

I, Sandy Lopez, declare: That I am an employee of **Quality Loan Service Corp.**, agent for beneficiary, whose business address is:

    2141 5th Avenue
    San Diego, CA 92101

I am over the age of eighteen years and in accordance with California Civil Code Section 2934, I caused a copy of the attached Substitution of Trustee to be mailed, in the manner provided in Section 2924(b) of the Civil Code of the State of California, to the trustee of record under the Deed of Trust described in said Substitution and to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said section.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in San Diego, CA on 2/10/2011.

_Sandy Lopez_
Sandy Lopez

KLEP000051