*Tom Klepac & Joy Klepac v. CTX Mortgage Co., et al.*

**UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA**

**EXHIBITS TO COMPLAINT**

# EXHIBIT "I"

Recording Requested by
Title Court Service

Recording requested by:
Quality Loan Service Corp.

When recorded mail to:
Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

PLACER, County Recorder
JIM MCCAULEY
**DOC- 2011-0014915-00**
TITLE COURT
WEDNESDAY, FEB 23, 2011  8:53:36
MIC   $3.00 | AUT   $2.00 | SBS   $1.00
ERD   $1.00 | RED   $1.00 | REC   $10.00
ADD   $0.00

Ttl Pd   $18.00   Rcpt # 02107620
                           clk9bh58j1/CC/1-2

TS #: CA-10-348893-CL
Order #: 100158627-CA-LPI

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 2/17/2004. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 to the Financial code and authorized to do business in this state, will be held by duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

**BENEFICIARY MAY ELECT TO BID LESS THAN THE TOTAL AMOUNT DUE.**

Trustor(s):     **TOM KLEPAC AND JOY KLEPAC HUSBAND AND WIFE AS JOINT TENANTS**
Recorded:       2/27/2004 as Instrument No. 2004-0020984 in book xxx, page xxx of Official Records in the office of the Recorder of **PLACER** County, California;

Date of Sale:   **3/21/2011 at 9:30 AM**
Place of Sale:  **At the north entrance to the Bill Santucci Justice Center located at 10820 Justice Center Drive, Roseville, CA 95678**
Amount of unpaid balance and other charges: $383,210.92
The purported property address is:   6241 CRATER LAKE DR
                                     ROSEVILLE, CA 95678
Assessor's Parcel No. **358-010-029-00**

The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein. If no street address or other common designation is shown, please refer to the referenced legal description for property location. In the event no common address or common designation of the property is provided herein directions to the location of the property may be obtained within 10 days of the date of first publication of this Notice of Sale by sending a written request to **Aurora Loan Services LLC 10350 Park Meadows Dr. Littleton CO 80124**

13

Pursuant to California Civil Code §2923.54 the undersigned, on behalf of the beneficiary, loan servicer or authorized agent, declares as follows:

[ 1 ] The mortgage loan servicer has obtained from the commissioner a final or temporary order of exemption pursuant to Section 2923.53 that is current and valid on the date the notice of sale is filed;

[ 2 ] The timeframe for giving notice of sale specified in subdivision (a) of Section 2923.52 does not apply pursuant to Section 2923.52 .

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.**

**If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, or the Mortgagee's Attorney.**

Date: 2/13/11

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101
619-645-7711 For NON SALE information only
Sale Line: 714-730-2727 or Login to: www.fidelityasap.com
Reinstatement Line: 619-645-7711

_____
Quality Loan Service Corp. by: Christine Bitanga, as Authorized Agent.

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holders right's against the real property only.

**THIS NOTICE IS SENT FOR THE PURPOSE OF COLLECTING A DEBT. THIS FIRM IS ATTEMPTING TO COLLECT A DEBT ON BEHALF OF THE HOLDER AND OWNER OF THE NOTE. ANY INFORMATION OBTAINED BY OR PROVIDED TO THIS FIRM OR THE CREDITOR WILL BE USED FOR THAT PURPOSE.**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.