*Tom Klepac & Joy Klepac v. CTX Mortgage Co., et al.*

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA

EXHIBITS TO COMPLAINT

# EXHIBIT "J"

KLEP000055

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY

Recording Requested By:
AURORA LOAN SERVICES

When Recorded Return To:

ASSIGNMENT PREP
AURORA LOAN SERVICES
P.O. Box 1706
Scottsbluff, NE 69363-1706

4495345
CA10-25610

PLACER, County Recorder
JIM MCCAULEY
**DOC- 2010-0029939-00**
Acct 100-TITLE COURT SERVICE,INC
Thursday, APR 22, 2010 09:12:35
MIC   $3.00:AUT   $2.00:SBS   $1.00
ERD   $1.00:RED   $1.00:REC   $4.00
Ttl Pd   $12.00   Rcpt # 0002044996
                               occ/CC/1-2

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Placer, California
**SELLER'S SERVICING #:0017544214** "KLEPAC"
**OLD SERVICING #:** BK

**MERS #: 100015901052137106 VRU #: 1-888-679-6377**

For Value Received, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CTX MORTGAGE COMPANY, LLC IT'S SUCCESSORS AND ASSIGNS hereby grants, assigns and tranfers to AURORA LOAN SERVICES LLC at 2617 COLLEGE PARK, SCOTTSBLUFF, NE 69361 all beneficial interest under that certain Deed of Trust dated 02/17/2004 , in the amount of $371,600.00, executed by TOM KLEPAC AND JOY KLEPAC HUSBAND AND WIFE AS JOINT TENANTS to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR CTX MORTGAGE COMPANY, LLC and Recorded: 02/27/2004 as Instrument No.: 2004-0020984 in Placer, California

Together with the note or notes therein described or referred to, in said Deed of Trust, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

In witness whereof this instrument is executed.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CTX MORTGAGE COMPANY, LLC IT'S SUCCESSORS AND ASSIGNS
On April 9th, 2010

LUCY A LANG, VICE PRESIDENT



*KFO*KFOALSI*04/09/2010 07:37:24 AM* ALSI01ALSIA00000000000000000643348* CAPLACE* 0017544214 CASTATE_TRUST_ASSIGN_ASSN **KFOALSI*

KLEP000056

CA-10-25610

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF Nebraska
COUNTY OF Scotts Bluff

ON April 9th, 2010, before me, IRENE GUERRERO, a Notary Public in and for the County of Scotts Bluff County, State of Nebraska, personally appeared LUCY A LANG, VICE PRESIDENT, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

IRENE GUERRERO
Notary Expires: 09/14/2013

GENERAL NOTARY - State of Nebraska
IRENE GUERRERO
My Comm. Exp. Sept. 14, 2013

(This area for notarial seal)

*KFO*KFOALSI*04/09/2010 07:37:24 AM* ALSI01ALSIA000000000000000000643348* CAPLACE* 0017544214 CASTATE_TRUST_ASSIGN_ASSN **KFOALSI*

