*Tom Klepac & Joy Klepac v. CTX Mortgage Co., et al.*

**UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA**

**EXHIBITS TO COMPLAINT**

# EXHIBIT "K"

KLEP000058

Recording Requested by
Title Court Service

Recording requested by:

When recorded mail to:

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

PLACER, County Recorder
JIM MCCAULEY
DOC- 2010-0040897-00
TITLE COURT
WEDNESDAY, JUN 2, 2010  9:41:46
MIC      $3.00 | AUT      $2.00 | SBS      $1.00
ERD      $1.00 | RED      $1.00 | REC      $4.00
ADD      $0.00

Ttl Pd    $12.00    Rcpt # 02055003
                    clkbpmlfj1/JC/1-2

TS # CA-10-348893-CL
Order # 100158627-CA-LPI

Space above this line for recorders use

MERS MIN No.: 100015901052137106

# Rescission of Notice of Default and Election to Sell Under Deed of Trust

**NOTICE IS HEREBY GIVEN:** That **QUALITY LOAN SERVICE CORPORATION** is duly appointed Trustee under a Deed of Trust dated **2/17/2004**, executed by **TOM KLEPAC AND JOY KLEPAC HUSBAND AND WIFE AS JOINT TENANTS**, as Trustor, to secure certain obligations in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CTX MORTGAGE COMPANY, LLC A LIMITED LIABILITY COMPANY**, as Beneficiary, recorded **2/27/2004**, as Instrument No. **2004-0020984**, in book **xxx**, page **xxx**, of Official Records in the Office of the Recorder of **PLACER** County, California describing land therein as more fully described on the above referenced deed of trust.

Said obligations including one note for the sum of $371,600.00.

Whereas, the present beneficiary under that certain Deed of Trust herein above described, heretofore delivered to the Trustee thereunder written Declaration of Default and Demand for Sale; and Whereas, Notice was heretofore given of breach of obligations for which said Deed of Trust is security and of election to cause to be sold the property therein described; and Whereas, a Notice of Default was recorded on the day and in the book and page set forth below:

Notice was recorded on **3/9/2010** in the office of the Recorder of **PLACER** County, California, Instrument No. **10-17495**, in Book , Page , of Official Records.

9

**NOW; THEREFORE, NOTICE IS HEREBY GIVEN** that the present Beneficiary and/or the Trustee, does hereby rescind, cancel and withdraw said Declaration of Default and Demand for Sale and said Notice of Breach and Election to Cause Sale; it being understood, however, that this rescission shall not in any manner be construed as waiving or affecting any breach or default past, present or future under said Deed of Trust, or as impairing any right or remedy thereunder, but is, and shall be deemed to be, only an election, without prejudice, not to cause a sale to be made pursuant to said Declaration and Notice, and shall no way jeopardize or impair any right, remedy or privilege secured to the Beneficiary and/or the Trustee, under said Deed of Trust, nor modify nor alter in any respect any of the terms, covenants, conditions or obligations thereof, and said Deed of Trust and all obligations secured thereby are hereby reinstated and shall be and remain in force and effect the same as if said Declaration of Default and Notice of Breach had not been made and given.

Dated:                                                                  Quality Loan Service Corp., AS AGENT FOR
                                                                        BENEFICIARY   By: LSI Title Agency Inc.

                                                                        By: *[signature]*
                                                                        Linda Hearn