IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM KLEPAC, JOY KLEPAC,<br><br>            Plaintiffs,<br><br>    v.<br><br>CTX MORTGAGE COMPANY, LLC;<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC.; AMERICAN<br>SECURITIES COMPANY, as Trustee;<br>WELLS FARGO BANK, N.A.; QUALITY<br>LOAN SERVICE CORP.; LSI TITLE<br>AGENCY INC.; AURORA LOAN<br>SERVICES, INC.; and DOES 1-100,<br>inclusive,<br><br>            Defendants. | 2:11-cv-00752-GEB-GGH<br><br><u>ORDER CONTINUING STATUS</u><br><u>(PRETRIAL SCHEDULING)</u><br><u>CONFERENCE; FED. R. CIV. P.</u><br><u>4(M) NOTICE</u> |

        The Joint Status Report filed July 5, 2011 reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on July 18, 2011 is continued to November 28, 2011 at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior.

        Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that Defendant American Securities Company may be dismissed as a defendant in this action unless Plaintiff provides proof of service and/or "shows good cause for the failure" to serve this

1

1  defendant within Rule 4(m)'s prescribed 120 day period in a filing due
2  no later than 4:00 p.m. on July 22, 2011.
3           IT IS SO ORDERED.
4  Dated:  July 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge