IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
TOM KLEPAC, JOY KLEPAC,            )
                                   )   2:11-cv-00752-GEB-GGH
            Plaintiffs,            )
                                   )
       v.                          )   ORDER OF DISMISSAL
                                   )
CTX MORTGAGE COMPANY, LLC;         )
MORTGAGE ELECTRONIC REGISTRATION   )
SYSTEMS, INC.; WELLS FARGO BANK,   )
N.A.; QUALITY LOAN SERVICE         )
CORP.; LSI TITLE AGENCY INC.;      )
AURORA LOAN SERVICES, INC.; and    )
DOES 1-100, inclusive,             )
                                   )
            Defendants.[1]         )
_____  )
```

Plaintiffs were required to respond to an Order filed November 17, 2011, by either filing proof that Defendant American Securities Company was served with process or a sufficient explanation why service was not effected within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 41.) This filing was due no later than November 30, 2011. Id. The November 17, 2011 Order warned Plaintiffs that failure to make the required showing by the deadline would result in Defendant American Securities Company being dismissed from this action. Id.

---

[1] The caption has been amended according to the dismissal of American Securities Company in this Order.

1

1    Plaintiffs failed to respond to the November 17, 2011 Order by
2 this deadline. Therefore, Defendant American Securities Company is
3 dismissed from this action without prejudice.
4    IT IS SO ORDERED.
5 Dated:  December 15, 2011

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge